No. 531, Misc.   SHANNON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 666, Misc.   HAMRICK *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT.   Supreme Court of Appeals of Virginia.   Certiorari denied.   Petitioner *pro se.   Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 695, Misc.   TRUMBLAY *v.* BLACKWELL, WARDEN. C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 980, Misc.   EGITTO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 849, Misc.   SCRIBNER *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 34.   DOUGLAS ET AL. *v.* CALIFORNIA, 372 U. S. 353; and

No. 774, Misc.   COTHRAN *v.* SAN JOSE WATER WORKS, 372 U. S. 938.   Petitions for rehearing denied.

No. 533.   DYER *v.* MURRAY, TRUSTEE, ET AL., 371 U. S. 949.   Motion for leave to file petition for rehearing denied.